UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-1964(JMR/FLN)

| | | |
|---|---|---|
| Julic Ring | ) | |
| | ) | |
| v. | ) | ORDER TO SHOW CAUSE |
| | ) | |
| Sears, Roebuck and Co. | ) | |

The Court reviews this matter sua sponte. On September 28, 2001, plaintiff filed a complaint in Minnesota state court seeking damages in an amount "in excess of $50,000." On October 25, 2001, defendant filed a notice of removal with this Court, alleging diversity jurisdiction pursuant to 28 U.S.C. § 1332. The petition for removal asserts the parties are citizens of different states, and that "the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs."

This Court has jurisdiction "where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states." 28 U.S.C. § 1332. Based on the foregoing, the Court enters the following:

ORDER TO SHOW CAUSE directed to both parties to advise this Court on or before November 21, 2001, whether the damages requirement of 28 U.S.C. § 1332 is satisfied.

Dated: November 16, 2001

JAMES M. ROSENBAUM
United States Chief District Judge

FILED NOV 16 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ________
DEPUTY CLERK'S INITIALS ________