UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-1964(JMR/FLN)

Julie Ring )
)
v. ) ORDER TO SHOW CAUSE
)
Sears, Roebuck and Co. )

On September 28, 2001, plaintiff filed a complaint in Minnesota state court. On October 9, 2001, defendant filed a notice of removal with this Court, alleging diversity jurisdiction pursuant to 28 U.S.C. § 1332. On November 18, 2001, the Court issued an order to show cause directed to both parties to advise this Court whether the damages requirement of 28 U.S.C. § 1332 was satisfied.

Based on the responsive submissions of the parties, the Court is satisfied that the jurisdictional amount is adequately supported, and the case may therefore proceed.

IT IS SO ORDERED.

Dated: December 18th, 2001

JAMES M. ROSENBAUM
United States Chief District Judge

FILED
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED DEC 19 2001
DEPUTY CLERK'S INITIALS ______